**FILED**

MAR 27 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>   )<br>GARLAND CALLUM,   )<br>   )<br>   Defendant.   )<br>_____)   )<br>   ) | No. 4-12-70310 MAG (DMR)<br><br>DETENTION ORDER |

I. DETENTION ORDER

Defendant Garland Callum is charged in a criminal complaint with violations of 21 U.S.C. §§ 846 and 841(a)(1) (conspiracy and possession with intent to distribute controlled substances). On March 27, 2012, the United States moved for Mr. Callum's detention and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f). Defendant submitted to detention, waived the timing of his right to proffer information in support of his pretrial release, *see* 18 U.S.C. § 3142(f) (a defendant has the right at a section 3142(f) hearing, with the assistance of counsel, to testify, to present witnesses, to cross-examine adverse witnesses, and to present information by proffer or otherwise), and retained his right to make a proffer at a later

DETENTION ORDER
4-
CR 12-70310 MAG (DMR)                              1

cc: Copy to parties via ECF, Pretrial Services, 2 Certified copies to US Marshall

proceeding.

After considering the limited information available to the Court, and the factors set forth in 18 U.S.C. § 3142(g), the Court detains Mr. Callum as presenting a danger to the community and finds that no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure his appearance in this case. *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).

## II.  CONCLUSION

The Court detains Mr. Callum at this time.  Because Defendant waived the timing of his right to present information under 18 U.S.C. § 3142(f) without prejudice, the Court orders that the hearing may be rescheduled at Defendant's request.

Mr. Callum shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable opportunity for private consultation with counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: March 27, 2012

_____
DONNA M. RYU
United States Magistrate Judge

DETENTION ORDER
CR 12-70310 MAG (DMR)                    2