1   MELINDA HAAG (CABN 132612)
    United States Attorney

2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   KEVIN J. BARRY (CABN 229748)
    Assistant United States Attorney
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California  94102
6       Telephone:     (415) 436-7200
        Facsimile:      (415) 436-7234
7       Email: kevin.barry@usdoj.gov

8   Attorneys for Plaintiff

9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                             OAKLAND DIVISION

13

14   UNITED STATES OF AMERICA,          )   4:12-mj-70310 MAG
                                        )
15        Plaintiff,                     )
                                        )   **STIPULATION AND  ORDER CHANGING
16        v.                            )   HEARING DATE AND EXTENDING TIME
                                        )   LIMITS**
17   GARLAND KEITH CALLUM,              )
                                        )
18        Defendant.                     )
                                        )
19   ─────────────────────────────

20        At the conclusion of the March 27, 2012, initial appearance, the Court set April 10, 2012

21   as  the date for a further status conference / preliminary hearing / arraignment.

22        The parties hereby stipulate to set the next status conference / preliminary hearing /

23   arraignment date on May 1, 2012, and they request that the Court extend the time limits provided

24   by Federal Rule of Criminal Procedure 5.1(c) and 18 U.S.C. § 3161.

25        Pursuant to Rule 5.1(d), the defendant and the government consent to the extension of

26   time, and the parties represent that good cause exists for this extension, including the effective

27   preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends

28   of justice served by granting such an exclusion of time outweigh the best interests of the public

STIPULATION & ORDER CHANGING HEARING DATE AND EXTENDING TIME LIMITS
CR 12-mj-70310 MAG

1   and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

2

3        SO STIPULATED:
                                    MELINDA HAAG
4                                   United States Attorney

5
    DATED: April 5, 2012                    /s/
6                                   KEVIN J. BARRY
                                    Assistant United States Attorney
7

8   DATED: April 5, 2012                    /s/
                                    COLIN COOPER
9                                   Attorney for GARLAND CALLUM

10

11

12

13                                  ORDER

14        For the reasons stated above, the Court sets May 1, 2012, as the date for the next status

15  conference / arraignment / preliminary hearing.  The Court also finds that extension of time

16  limits applicable under Federal Rule of Criminal Procedure 5.1(c) from the date of this Order

17  through May 1, 2012, is warranted; that exclusion of this period from the time limits applicable

18  under 18 U.S.C. § 3161is warranted; that the ends of justice served by the continuance under

19  Rule 5.1 outweigh the interests of the public and the defendant in the prompt disposition of this

20  criminal case; and that the failure to grant the requested exclusion of time would deny counsel

21  for the defendant and for the government the reasonable time necessary for effective preparation

22  and continuity of counsel, taking into account the exercise of due diligence, and would result in a

23  miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(iv).

24

25        IT IS SO ORDERED.

26  DATED: 4/6/2012
                                    DONNA M. RYU
27                                  United States Magistrate Judge

28

STIPULATION & ORDER CHANGING HEARING DATE AND EXTENDING TIME LIMITS
CR 12-mj-70310 MAG                                                    2